IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00053-BNB

TYNETTA JACKSON,

    Plaintiff,

v.

[NO DEFENDANT NAMED],

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 2 6 2009

GREGORY C. LANGHAM
               CLERK

---

## ORDER OF DISMISSAL

---

Plaintiff, Tynetta Jackson, initiated this action by submitting to the Court *pro se* a letter. The Court reviewed the letter and determined it was deficient. Therefore, in an order filed on January 14, 2009, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Ms. Jackson to cure certain deficiencies in the case within thirty days if she wished to pursue her claims.

The January 14, 2009, order pointed out that Ms. Jackson failed either to pay the $350.00 filing fee or to submit a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. The January 14 order also pointed out that Ms. Jackson failed to submit a complaint on the proper, Court-approved form. The order warned Ms. Jackson that if she failed to cure the designated deficiencies within thirty days, the action would be dismissed without prejudice and without further notice. Ms. Jackson has failed within the time allowed to cure the deficiencies listed in the January 14 order or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure and for failure to prosecute.

DATED at Denver, Colorado, this 26 day of Feb., 2009.

BY THE COURT:

*[signature]*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00053-BNB

Tynetta Jackson
3017 Vine St.
Denver, CO 80205

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 2/26/09

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk